# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

Division

FILED
JUN 17 2021
IN THE OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By_____

Case No. _____21CV495_____

*(to be filled in by the Clerk's Office)*

Sabrina Suber Vereen
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The University of North Carolina Health Care System (d/b/a UNC Health Care and UNC Health), Laura Graves Brown, Darren A DeWalt
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sabrina Suber Vereen |
| Street Address | 105 Spring Garden Drive |
| City and County | Durham (Durham) |
| State and Zip Code | NC, 27713 |
| Telephone Number | 919.590.5676 |
| E-mail Address | ssvereen@gmail.com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNC Health Care |
| Job or Title *(if known)* | c/o Emilie A. Hendee, Associate General Counsel |
| Street Address | 101 Manning Drive |
| City and County | Chapel Hill (Orange) |
| State and Zip Code | NC, 27514 |
| Telephone Number | (984) 974-2082 |
| E-mail Address *(if known)* | emilie.hendee@unchealth.unc.edu |

Defendant No. 2

| | |
|---|---|
| Name | Laura Graves Brown |
| Job or Title *(if known)* | Executive Director, UNC Inst of Healthcare Quality Improvement |
| Street Address | 200 Collins Avenue |
| City and County | Hillsborough (Orange) |
| State and Zip Code | NC, 27278 |
| Telephone Number | 919-818-3558 |
| E-mail Address *(if known)* | laura.brown@unchealth.unc.edu |

Defendant No. 3

| | |
|---|---|
| Name | Darren A DeWalt |
| Job or Title *(if known)* | Physician Director, UNC Inst of Healthcare Quality Improvement |
| Street Address | 107 Overlake Drive |
| City and County | Chapel Hill (Orange) |
| State and Zip Code | NC, 27516 |
| Telephone Number | 919-445-6806 Assistant |
| E-mail Address *(if known)* | darren  dewalt@med.unc.edu |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Case 1:21-cv-00495-LCB-JLW    Document 1    Filed 06/17/21    Page 2 of 8

Telephone Number _____

E-mail Address *(if known)* _____

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | UNC Health Care, dept UNC Institute of Healthcare Quality Improvement (IHQI) |
| Street Address | 1025 Think Place, Suite 510 |
| City and County | Morrisville (Wake) |
| State and Zip Code | NC, 27560 |
| Telephone Number | 984-215-3259 (former work phone) |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

Family Medical Leave Act of 1993

☐ Relevant state law *(specify, if known)*:

None known at time of submission as pro-se litigant

☐ Relevant city or county law *(specify, if known)*:

None known at time of submission as pro-se litigant

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:  Employer negligence (multiple); intentional infliction of emotional distress; defamation.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

Primarily calendar years 2019-2020

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.
- ☒ UNSURE

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — African-American (hiring practices)
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

psychological, allergies, hernia/back pain

Page 4 of 8

E.        The facts of my case are as follows.  Attach additional pages if needed.

OVERVIEW OF CLAIMS -- SEE ATTACHMENTS FOR ADDITIONAL INFORMATION

1. Termination of my employment.

I was forced to separate my employment from UNC Health Care in April 2020 after all other attempted interventions and mitigation efforts failed. I directly sought relief/intervention from Ms. Laura Brown as my direct (offending) manager; UNC Health Care Human Resources representatives; and Dr. Darren DeWalt as Ms. Brown's reporting manager. Those mitigation attempts included but were not limited to:

a. Repeated submitted complaints to HR with assigned HR partner immediately before initial medical leave

b. Initiated self-training on conflict resolution and coping

c. Sought medical treatment and adhered to treatment plans

d. Attempted appeals and request for HR investigation for managerial hostilities and false allegations

e. Geographic distance from offending manager (assigned worksite)

f. PTO-funded medical leave for almost two months

g. Repeated attempts for internal transfer to another department/position/manager

h. Attempts for receiving company disability benefits and/or extended ADA-covered leave

i. Submitted request for work accommodations upon second Return-To-Work attempt (supported by two clinicians)

j. Hired legal representation when faced barriers to attempts to return to work.

See attachment #2, NC Department of Commerce Appeals Decision, sections Finding of Fact, Memorandum of Law, and Reasoning as it pertains to good cause attributable to the employer.


2. Failure to promote me. Pertains to my disability and FMLA claims because there is evidence that shows that this seemed to be the motive to rapidly diminishing employer relations and lack of intervention. Because of this intense and ongoing exposure to hostile work conditions, I suffered medical and psychological issues that required me to go out on medical leave. My claims of racial discrimination pertain to this claim of discriminate hiring and promotion practiecs, both on departmental and UNC Health Care System levels.

See attachment #3, for claim timelines.


3. Failure to accommodate my disability.

Excerpt from my letter of separation dated 4.27.2020 regarding submitted work accommodations, modified for readership:

To reattempt to return to work starting in March 2020, my physician had medically-issued work restrictions which I included in my paperwork to HR and IHQI leadership (referencing Return-to-Work documentation, dated March 19, 2020). However, these restrictions were disregarded up to and since my return back on April 7, 2020. Since my good-faith attempt to return to work upon (your) demand under Laura Brown (referencing emails from Darren DeWalt dated 3/24/20, 3/31/20, and 4/3/20 enforcing that I will report to then current manager Laura Brown), my health had worsened, including uncontrolled hypertension, hypertensive crises, and related effects. See attachment #4 for separation letter; due to confidentiality, medical documentation to provided upon request. Attachment #5A-C for details (medical conditions referenced -- confidential information).


4. Unequal terms and conditions of my employment. There were other colleagues in my department who were able to have modified work conditions based on short-term and long-term medical needs. There were other colleagues in my department who had different reporting manager/supervisor of work. There were other colleagues in my department who were able to work remotely (prior to and not related to the pandemic).

5. Retaliation: I was issued my first disciplinary action after almost seven years with UNC Health Care (and first in my professional career) on April 17, 2020 -- 3 weeks or less after my attorney submitted a letter of concern and my re-return back to work on April 8, 2020. See attachment #6.

6 and 7. Other claims of supervisory negligence, intentional infliction of emotional distress, and defamation.

Case 1:21-cv-00495-LCB-JLW   Document 1   Filed 06/17/21   Page 6 of 8

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Or about 5/11/2020

B.      The Equal Employment Opportunity Commission *(check one)*:

         ☐    has not issued a Notice of Right to Sue letter.

         ☒    issued a Notice of Right to Sue letter, which I received on *(date)*    3/19/2021       .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

         ☐    60 days or more have elapsed.

         ☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TOTAL = $470,197 + legal fees
Approximated direct costs, personnel related including PTO and unpaid leave, benefits, previous legal counsel (2017-2020) = $38,050
Approximated direct costs, medical and self-care expenses (2019-current) = $5,000
Approximated pay disparities, discriminate employment practices, uncompensated services (UNCHCS tenure) = $65,135
Approximated lost back pay differential (Feb-Mar 2020), front pay differential (Apr 2020-Apr 2021), other benefits, and retirement vesting = $62,012
Other compensatory and punitive damages (acute and long-term impacts to health and well-being, career/profession, family, financials) = $300,000
Non-monetary relief of correcting HR files
+Other legal expenses = approximately 33% of final settlement

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/16/2021

Signature of Plaintiff _____

Printed Name of Plaintiff    Sabrina Suber Vereen

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____